**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1324**

DAVID KOONTZ,

Plaintiff - Appellant,

v.

DEPUTY JULIA KIMBERLEY; LIEUTENANT GREG ALTON; DETECTIVE HOWARD WARD; DETECTIVE DANIEL MONN; DETECTIVE BRYAN GLINES; DETECTIVE SPENCER SHANK; DETECTIVE CLAYTON STOTTLEMYER; SERGEANT BEN JONES; BOARD OF COUNTY COMMISSIONERS OF WASHINGTON COUNTY, MARYLAND; MERITUS MEDICAL CENTER, INC.,

Defendants - Appellees,

and

STATE OF MARYLAND,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge. (1:19-cv-01321-JMC)

Submitted: July 23, 2020                    Decided: July 27, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

David Koontz, Appellant Pro Se. Kevin Bock Karpinski, Michael B. Rynd, KARPINSKI, CORNBROOKS & KARP, PA, Baltimore, Maryland; German Ariel Rodriguez, ARMSTRONG, DONAHUE, CEPPOS & VAUGHAN, CHTD, Rockville, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Koontz seeks to appeal the magistrate judge's order directing Koontz to respond to Defendants' discovery requests. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2018), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2018); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Koontz seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*